No. 94–7184. SANCHEZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–7369. GANT v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 94–7445. BROWN ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–7460. PAINE v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 94–7579. THOMPKINS v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 94–7731. HATCHER v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 94–7870. OLIVER v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 9th Cir. Certiorari denied.

No. 94–7873. PAYNE v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 94–7892. HOLLAND v. WILLIE ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–7893. GREEN v. SIMPSON ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–7898. LIGHTBOURNE v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 94–7901. FEDERICO v. YUKINS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 94–7909. BOSSETT v. COUGHLIN, COMMISSIONER, NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES, ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–7911. BINA v. PROVIDENCE COLLEGE ET AL. C. A. 1st Cir. Certiorari denied.

No. 94–7915. NYENEKOR v. BOSTON ET AL. C. A. 3d Cir. Certiorari denied.